IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Holowka, Steve | Case Number: 04 B 07556 |
|---|---|---|
| | Holowka, Karen S | Judge: Wedoff, Eugene R |
| | Printed: 10/14/08 | Filed: 2/27/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: October 10, 2008
Confirmed: June 23, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 76,727.18 | |
| Secured: | | 24,824.35 |
| Unsecured: | | 44,941.37 |
| Priority: | | 0.00 |
| Administrative: | | 2,910.00 |
| Trustee Fee: | | 4,051.46 |
| Other Funds: | | 0.00 |
| Totals: | 76,727.18 | 76,727.18 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Adams & Associates | Administrative | 2,910.00 | 2,910.00 |
| 2. | Mid America Bank | Secured | 0.00 | 0.00 |
| 3. | Citizens Bank | Secured | 0.00 | 0.00 |
| 4. | Citizens Bank | Secured | 24,824.35 | 24,824.35 |
| 5. | RoundUp Funding LLC | Unsecured | 4,141.15 | 4,141.15 |
| 6. | ECast Settlement Corp | Unsecured | 903.14 | 903.14 |
| 7. | Resurgent Capital Services | Unsecured | 4,118.45 | 4,118.45 |
| 8. | Ford Motor Credit Corporation | Unsecured | 8,302.53 | 8,302.53 |
| 9. | World Financial Network Nat'l | Unsecured | 424.71 | 424.71 |
| 10. | Capital One | Unsecured | 9,083.74 | 9,083.74 |
| 11. | Ford Motor Credit Corporation | Unsecured | 7,439.38 | 7,439.38 |
| 12. | Capital One | Unsecured | 3,491.76 | 3,491.76 |
| 13. | Portfolio Recovery Associates | Unsecured | 7,036.51 | 7,036.51 |
| 14. | Robert J Adams & Associates | Priority | | No Claim Filed |
| 15. | Integrative Therapies | Unsecured | | No Claim Filed |
| | | | $ 72,675.72 | $ 72,675.72 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 278.64 |
| 6.5% | 584.51 |
| 3% | 106.27 |
| 5.5% | 558.64 |
| 5% | 231.01 |
| 4.8% | 340.09 |

Page 2

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Holowka, Steve | Case Number:  04 B 07556 |
| Holowka, Karen S | Judge:  Wedoff, Eugene R |
| Printed:  10/14/08 | Filed:  2/27/04 |

                                  5.4%                    1,952.30
                                                        _____
                                                       $ 4,051.46

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                     Marilyn O. Marshall, Trustee, by:

                                     _____